```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 10665
    GBOLAHAN A ABIOLA
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-2483

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/29/2008 and was not confirmed.

    The case was dismissed without confirmation 07/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                         PAID         PAID
--------------------------------------------------------------------------
PROGRESSIVE CREDIT UNION SECURED VEHIC         .00         .00          .00
PROGRESSIVE CREDIT UNION NOTICE ONLY     NOT FILED         .00          .00
SELECT PORTFOLIO SERVICI CURRENT MORTG         .00         .00          .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE   18378.34         .00          .00
SELECT PORTFOLIO SERVICI NOTICE ONLY     NOT FILED         .00          .00
SHERIDAN POINT CONDOMINI SECURED           600.00         .00          .00
BP AMOCO                 UNSEC W/INTER   NOT FILED         .00          .00
CAPITAL ONE              UNSEC W/INTER      961.43        .00          .00
CHASE BANK USA NA        UNSEC W/INTER     1034.33        .00          .00
CIRCUIT CITY             NOTICE ONLY     NOT FILED         .00          .00
FNANB                    UNSEC W/INTER   NOT FILED         .00          .00
PREMIER BANCARD CHARTER  UNSEC W/INTER      608.68        .00          .00
JC PENNEY                UNSEC W/INTER   NOT FILED         .00          .00
MARSHALL FIELDS          UNSEC W/INTER   NOT FILED         .00          .00
US DEPT OF EDUCATION     UNSEC W/INTER   NOT FILED         .00          .00
ORCHARD BANK             UNSEC W/INTER   NOT FILED         .00          .00
ROUNDUP FUNDING LLC      UNSEC W/INTER     2835.87        .00          .00
ROUNDUP FUNDING LLC      UNSEC W/INTER     5885.25        .00          .00
ROUNDUP FUNDING LLC      UNSEC W/INTER    15752.57        .00          .00
HOUSEHOLD FINANCE CORP   UNSEC W/INTER     8664.53        .00          .00
CAPITAL ONE              UNSEC W/INTER     1673.42        .00          .00
CAPITAL ONE              UNSEC W/INTER     2355.43        .00          .00
CAPITAL ONE              UNSEC W/INTER     4013.81        .00          .00
TIMOTHY K LIOU           DEBTOR ATTY       1,861.20                     .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                         .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                          .00
SECURED                                           .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 10665 GBOLAHAN A ABIOLA

```
UNSECURED                                                               .00
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                        ---------------    ---------------
TOTALS                                              .00                .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE